UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE SUZANNE MININGER,<br><br>                   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                   Defendant. | No.   2:14-CV-00286-JPH<br><br>JUDGMENT IN A<br>CIVIL CASE |

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard

and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

Motion for Summary Judgment is **DENIED**.    Judgment is entered for

Defendant.

DATED: June 18, 2015

SEAN F. McAVOY
Clerk of Court

By:  *s/Pam Howard*
        Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**